# Exhibit "A"
## To Complaint

ESKANOS & ADLER, P.C.
1111 W. MEEKER STREET
KENT, WASHINGTON 98032
TELEPHONE: (800) 364-9919
FACSIMILE: (253) 856-7101

SUPERIOR COURT OF WASHINGTON

FOR WHATCOM COUNTY

| | |
|---|---|
| CREDIGY RECEIVABLES, INC. | ) Case No. |
| | ) |
| | ) COMPLAINT FOR MONIES DUE AND |
| | ) OWING |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CHLOE R. HAGER | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

Plantiff alleges as follows:

FIRST CAUSE OF ACTION

1.   Plaintiff CREDIGY RECEIVABLES, INC.

is a business organization authorized to conduct business in the

State of Washington.

2.   Defendant(s) CHLOE R. HAGER

, is/are resident(s) of

WHATCOM                    County, Washington.

3.   As of 03/23/07 Plaintiff is the assignee of

Page 1                                          file #:078030-0
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - Sloan Patterson
COMPLAINT FOR MONIES DUE AND OWING              Eskanos & Adler, P.C.
                                                1111 W. Meeker Street
                                                Kent, WA 98032
                                                800-364-9919; FAX 253-856-7101

DISCOVER BANK

credit account issued to Defendant(s) by DISCOVER BANK


    4.  At all times relevant to this action, Plaintiff's

predecessor DISCOVER BANK

had in effect its credit account on which Defendant(s)

CHLOE R. HAGER



is/are the obligor(s).

    5.  Defendant(s) is/are indebted to Plaintiff on the aforesaid

account in the principal amount of $   17,936.43  , together

with interest at the rate of 012.00% per annum from 03/23/07.

Despite repeated requests for payment, Defendant(s) has/have

failed to pay the account balance due and owing, or any part

thereof, and Defendant(s) is/are now in default under the terms

and conditions of the agreement.

    6.  Plaintiff is entitled to judgment against Defendant(s) in

the principal amount of $   17,936.43  , together with costs,

interest at the rate of 012.00 % per annum from 03/23/07, and

reasonable attorney's fees.

                    SECOND CAUSE OF ACTION

    7.  Plaintiff realleges paragraphs 1-6 of Plaintiff's First

Cause of Action.

    8.  Plaintiff predecessor, DISCOVER BANK

                                            established a

credit account for Defendant's use.

Page 2                                      file #:078030-0
-------------------------------------------------------------
COMPLAINT FOR MONIES DUE AND OWING

ISKANOS & ADLER, P.A.
1111 W. Meeker Street
Kent, Washington 98032
Telephone (800) 364-9919
Fax Simile (253) 856-7101

Sloan Patterson
Eskanos & Adler, P.C.
1111 W. Meeker Street
Kent, WA 98032
800-364-9919; FAX 253-856-7101



9.    Defendant(s) has/have made purchases and/or taken cash advances through the use of the aforementioned account but have failed to pay for those purchases and/or cash advances.

10.    There is presently due and owing from Defendant(s) to Plaintiff the principal sum of $   17,936.43   .

11.    Plaintiff is entitled to judgment against Defendant(s) in the principal amount of $   17,936.43   , together with costs, interest at the rate of 012.00 % per annum from 03/23/07, and reasonable attorney's fees.

WHEREFORE, Plaintiff prays for a judgment against the above-named defendant(s) as follows:

1.    For the principal sum of $   17,936.43   , plus interest at the rate of 012.00 % per annum from 03/23/07.

2.    Its costs and disbursements incurred in this action and reasonable attorney's fees.

3.    Such other further and equitable relief as the Court finds just and proper.

DATED:    ___JUN 1 9 2007___

                              ESKANOS & ADLER, P.C.


                              Sloan Patterson, WSBA #28464
                              Attorney for Plaintiff
                              1111 W. Meeker Street
                              Kent, WA. 98032
                              (800)364-9919

-----------------------------------------------------------------
COMPLAINT FOR MONIES DUE AND OWING

ESKANOS & ADLER, P.C.
1111 W. Meeker Street
Kent, Washington 98032
TELEPHONE:(800) 364-9919
FACSIMILE:(253) 856-7101

Sloan Patterson
Eskanos & Adler, P.C.
1111 W. Meeker Street
Kent, WA 98032
800-364-9919: FAX 253-856-7101



# Exhibit "B"
## To Complaint

*1*

# Received

.. - 1 ...

.............................

SUPERIOR COURT OF WASHINGTON

FOR WHATCOM COUNTY

CREDIGY RECEIVABLES, INC.          )
                                   ) Case No.
                                   )
                                   ) NOTICE OF INTENT TO TAKE DEFAULT
                                   ) PURSUANT TO CR 55(a)(3)
                   Plaintiff,      )
                                   )
          vs.                      )
                                   )
CHLOE R. HAGER                     )
                                   )
                                   )
                                   )
                                   )
                                   )
                   Defendant(s).   )
                                   )

    BE ADVISED that the undersigned intends to apply to this court for a default not earlier than ___9/7/07___ . Copies of the documents which are to be filed with the court are attached hereto.

    DATED: 8/30/07

                         Eskanos & Adler, P.C.

                         Donna J. Smith WASB #37336
                         Michael Connolly WASB #39085
                         Attorney for Plaintiff

Page 1                                          file #:078030-0
------------------------------------------------------------------
NOTICE OF INTENT TO TAKE DEFAULT PURSUANT TO CR 55(a)(3)

Donna Smith or Michael Connolly
Eskanos & Adler, P.C.
11124 NE Halsey, PMB 680
Portland, OR 97220
(800) 364-9919



CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS DAY, the 20 day of Aug , 2007, I placed in the mail, postage prepaid, the attached Notice of Intent to Take Default, along with a copy of the Motion and Declaration Order Default Judgment, proposed Order of Default and Default Judgment, and Declaration of Plaintiff, to be delivered via REGULAR AND CERTIFIED MAIL

    JAMES STURDEVANT
    BELLINGHAM TOWERS #310
    119 N. COMMERCIAL
    BELLINGHAM WA 98225


DATED: 8/30/07


                              ESKANOS & ADLER, P.C.




                              Donna J. Smith WASB #37336
                              Michael Connolly WASB #39085
                              Attorney for Plaintiff

file #:078030-0

---

NOTICE OF INTENT TO TAKE DEFAULT PURSUANT TO C Donna Smith or Michael Connolly
                                              Eskanos & Adler, P.C.
                                              11124 NE Halsey, PMB 680
                                              Portland, OR 97220
                                              (800) 364-9919

Exhibit "C"
To Complaint

SUPERIOR COURT OF WASHINGTON

FOR WHATCOM COUNTY

CREDIGY RECEIVABLES, INC.                )
                                         ) Case No.
                                         )
                                         ) MOTION AND DECLARATION FOR
                                         ) ORDER OF DEFAULT AND DEFAULT
                        Plaintiff,       ) JUDGMENT
            vs.                          )
CHLOE R. HAGER                           )
                                         )
                                         )
                                         )
                                         )
                                         )
                        Defendant(s).    )
_____)

I. MOTION

Plaintiff, by and through its attorney of record, moves the Court for an Order of Default and an entry of Default Judgment against the Defendant(s) CHLOE R. HAGER

, in the principal sum of $ 17,936.43   plus interest at the rate of 012.00 % per annum from 03/23/07 to entry of judgment, together with attorney's fees, court costs, as requested in the Judgment.

Page 1                                            file #:078030-0
------------------------------------------------------------------
MOTION AND DECLARATION FOR ORDER OF DEFAULT AND DEFAULT JUDGMENT

Donna Smith
Eskanos & Adler, P.C.
11124 NE Halsey PMB 680
Portland, OR 97220
800-364-9919; FAX 503-262-6830

This motion is based on the record and files herein and affidavits or declarations in support of entry of judgment submitted herewith and the subjoined declaration of counsel.

## II.   DECLARATION

The undersigned declares under penalty of perjury under the laws of the State of Washington that the following is true and correct:

1.   I am the attorney of record for Plaintiff herein.  I base this declaration on my review of the file maintained by this law firm with regard to this matter.

2.   The Defendant(s) was/were served with the Summons and Complaint on 06/29/07 by personal service within Washington State.  The Affidavit/Declaration of Service is on file with the Court and a copy is attached hereto as "Exhibit A".

3.   More than twenty (20) days have elapsed since the Defendant(s) was/were served and the Defendant(s) has/have failed to answer or otherwise defend against Plaintiff's Complaint.

4.   The basis for venue is that the Defendant(s) reside(s) within the county.

5.   Defendant(s) is/are not an infant or incompetent nor a person in the Military Service of the United States, as defined in the Soldier's and Sailor's Civil Relief Act of 1940 as amended by the Service Members Civil Relief Act of 2003. Attached as an addendum is the information that the above

Page 2                                              file #:078030-0 Donna Smith
-----------------------------------------------------------Eskanos & Adler, P.C.
MOTION AND DECLARATION FOR ORDER OF DEFAULT AND DEFAULT JUDGMENT
                                                            Portland, OR 97220
                                                   800-364-9919; FAX 503-262-6830

statement is based upon.  Delcarant is unable to determine
at this time if Defendant(s) are a dependent of a service
member in the military service.

6.  Plaintiff has retained Eskanos & Adler, P.C. on the
basis of a contingent fee of all sums collected.  The rate that
our office has with Plaintiff is a competitive rate, negotiated
with Plaintiff after considering competitive bids from other
firms contingent fee is proprietary information which we would
prefer not to disclose in public records.  We believe that our
contingent fee percentage is a "reasonable attorney's fee"
because it is based upon competitive prices between our firm
and Plaintiff.

7.  If, in the alternative, the local rules require or the
Judge feels that the fees should be based on the amount of time
actually expended, I calculate, on average, for collection cases
of this type, to date, including preparation of this Declaration,
hours of paralegal's time have been spent on this matter,
including opening the file, reviewing the claim material and
correspondence to Defendant(s) (.3 hr. attorney, 1.0 hr.
paralegal), conversations and/or correspondence with the client
and/or with the Defendant(s) and/or with the Defendant(s)
attorney (1.0 jr. paralegal), preparation and review of the
pleading (.5 hr. attorney, 2.0 hr. paralegal).  Our office's
usual and customary hourly rate for matters of this type is

MOTION AND DECLARATION FOR ORDER OF DEFAULT AND DEFAULT JUDGMENT

Donna Smith
Eskanos & Adler
11124 NE Halsey PMB 680
Portland, OR 97220
800-364-9919; FAX 503-262-6830

$195.00 per hour for attorney's and $75.00 per hour for paralegal time.  This computes to a fee of $500.00, which figure is reasonable and should be awarded to Plaintiff.

    I declare under penalty of perjury of the laws of the State of Washington that the foregoing is true and correct.

DATED: _____, at Portland, Oregon.


                              ESKANOS & ADLER, P.C.



                              _____
                              Donna Smith, WSBA #37336
                              Attorney for Plaintiff
                              11124 NE Halsey #680
                              Portland, OR 97220
                              (800) 364-9919


Page 4                                    file #:078030-0
------------------------------------------------------------
MOTION AND DECLARATION FOR ORDER OF DEFAULT AND DEFAULT JUDGMENT

IN THE
SUPERIOR COURT, IN AND FOR THE COUNTY OF WHATCOM, STATE OF WASHINGTON

| | |
|---|---|
| CREDIGY RECEIVALBES, INC., | Hearing Date: |
| Plaintiff/Petitioner | CAUSE NO: |
| | DECLARATION OF SERVICE OF: |
| vs. | SUMMONS AND COMPLAINT FOR MONEY DUE & OWING |
| CHLOE R. HAGER | |
| Defendant/Respondent | |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **29th day of June, 2007, at 10:25 AM**, at the address of **7753 SHANNON Way, MAPLE FALLS, Whatcom County, WA 98266-7710**; this declarant served the above described documents upon **CHLOE R HAGER**, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **CHLOE R HAGER, NAMED DEFENDANT**, a person of suitable age and discretion residing at the respondent's usual place of abode listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Washington** that the statement above is true and correct.

DATED this **5th day of July, 2007**.

_Murk S. Adams_

**Mark S. Adams, Reg. # 1-3792, Whatcom, WA**

| ABC's Client Name | ORIGINAL PROOF OF | ABC Tracking #: 4827648 |
|---|---|---|
| **Eskanos & Adler, PC** | SERVICE | |
| 078030-0/OR3 | | |

EXHIBIT ___A___

Department of Defense Manpower Data Center                                    JUL-20-2007 11:11:16



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| ◀ Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| HAGER | CHLOE R | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon*

———————————————

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. #167;#167; 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided

# Exhibit "D"
## To Complaint

SUPERIOR COURT OF WASHINGTON

FOR WHATCOM COUNTY

CREDIGY RECEIVABLES, INC.          )
                                    )  Case No.
                                    )
                                    )  DECLARATION OF PLAINTIFF IN
                                    )  SUPPORT OF DEFAULT JUDGMENT
                    Plaintiff,      )
                                    )
            vs.                     )
                                    )
CHLOE R. HAGER                      )
                                    )
                                    )
                                    )
                                    )
                                    )
                    Defendant(s).   )
_____)

I, *Jason S. Williams* , the undersigned declare under

penalty of perjury under the laws of the State of Washington

as follows:

I am the *Vice President* for CREDIGY RECEIVABLES, INC.

. I am familiar with the records

pertaining to the account of CHLOE R. HAGER

, bearing the account number

Page 1                                          file #:078030-0
-------------------------------------------------------------
DECLARATION OF PLAINTIFF IN SUPPORT OF DEFAULT JUDGMENT

ESKANOS & ADLER, P.C.
1111 W. MEEKER STREET
KENT, WASHINGTON 98032
TELEPHONE: (800) 364-9919
FACSIMILE: (253) 856-7101

Sloan Patterson
Eskanov & Adler, P.C.
1111 W. Meeker Street
Kent, WA 98032
800-364-9919; FAX 253-856-7101

4168100024587956            . On 03/23/07 the balance due on the account was the sum of $    17,936.43    , for which an account was stated for such amount. Interest has accrued at 012.00% per annum on said balance from 03/23/07 to today's date in the sum of $    702.00  .

There were no written and/or bona fide billing error disputes made on the account at the time Plaintiff acquired the account. Defendant(s) have failed to answer the complaint and therefore have admitted the allegations of the complaint and debt.

Prior to the date of filing the complaint, the account sued upon herein was acquired by plaintiff through acquisition and assignment from DISCOVER BANK                            . Plaintiff is now the owner and holder of defendant(s) account to the exclusion of all other persons and entities. A true and correct copy of the bill of sale is attached as "Exhibit A".

I further state, upon information and belief, that the above named individual is not in the military service.

I declare under penalty of perjury of the laws of the State of Washington.

DATED this _1/12_ day of _Jury_ , 20 _07_

at _Summer GA_ .

CREDIGY RECEIVABLES, INC.

(Type/Print Name)

Sloan Patterson

Page 2                                    file #: 078030-0

DECLARATION OF PLAINTIFF IN SUPPORT OF DEFAULT JUDGMENT

Eskanos & Adler, P.C.
1111 W. Meeker Street
Kent, WA 98032
Telephone: (800) 364-9919
Fax Simile: (253) 856-7101

Eskanos & Adler, P.C.
Kent, WA 98032
800-364-9919; FAX 253-856-7101

# Exhibit "E"
## To Complaint

FILED
COUNTY CLERK
07 SEP 11  PH 12: 49
WHATCOM COUNTY
WASHINGTON
BY

SCANNED  3

SUPERIOR COURT OF WASHINGTON

FOR WHATCOM COUNTY

CREDIGY RECEIVABLES, INC.             )    07 2 02108 2
                                      )    Case No.
                                      )
                                      )    ORDER OF DEFAULT AND
                                      )    DEFAULT JUDGMENT
                       Plaintiff,     )
                                      )    (Clerk's Action Required)
            vs.                       )
                                      )    $20  9/11-07
CHLOE R. HAGER                        )
                                      )
                                      )
                                      )
                                      )
                                      )
                                      )
                    Defendant(s).     )
_____)

JUDGMENT SUMMARY

Judgment Creditor:  CREDIGY RECEIVABLES, INC.


Attorney for Judgment Creditor: Donna Smith
                                Eskanos & Adler, P.C.

Judgment Debtor(s): CHLOE R. HAGER


Page 1                                        file #:078030-0
----------------------------------------------- Donna Smith --------
ORDER OF DEFAULT AND DEFAULT JUDGMENT          Eskanos & Adler, P.C.
                                               11124 NE Halsey PMB 680
                  07-9-02761-2                 Portland, OR 97220
                                      800-364-9919; FAX 503-262-6830

Principal Amount: $   17,936.43

Interest to Date of Judgment: $      702.00

Taxable Costs:

Filing Fee: $      200.00

Service of Process: $      79.50

Attorney's Fee: $      500.00

TOTAL JUDGMENT: $   19,417.93

   Post Judgment interest accrues at the rate of 12% per annum on the total judgment.

## II. ORDER AND JUDGMENT

   This matter having come on regularly before the undersigned Judge/Court Commissioner of the above entitled Court upon the Plaintiff's Motion for an Order of Default and Default Judgment against the above named Defendant(s) having failed to appear or file an Answer herein and more than twenty (20) days having elapsed since the date of service of the Summons and Complaint herein, venue being proper in this case, and the Court being otherwise fully advised in the premises, now, therefore, it is hereby

   ORDERED, ADJUDGED AND DECREED that the Defendant(s) is/are hereby in default.

   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff have and is hereby granted judgment against the Defendant(s), CHLOE R. HAGER

Page 2
ORDER OF DEFAULT AND DEFAULT JUDGMENT

file #:078030s0
Donna Smith
Eskanos & Adler, P.C.
11124 NE Halsey PMB 680
Portland, OR 97220
800-364-9919; FAX 503-262-6830

1

2

3  in the principal amount of $ 17,936.43 , plus interest of

4  $ 702.00 court costs and disbursements totaling

5  $ 279.50 and $ 500.00 attorney's fees, for a

6  total judgment of $ 19,417.93

7  Post Judgment interest shall accrue on the Judgment at the rate

8  of 12% per annum from 03/23/07.

9

10  DONE IN OPEN COURT this _11th_ day of _September_, 20_07_.

11

12

13                                    _____

14                                    JUDGE/COURT COMMISSIONER

15

16

17

18

19

20

21

22

23  Presented by:
    ESKANOS & ADLER, P.C.

24

25

26

27  Donna J. Smith, WSBA #37336
    Attorney for Plaintiff

28  11124 NE Halsey, #680
    Portland, OR 97220
    (800)364-9919


Page 3                                          file #:078030-0
------------------------------------------------------------------
ORDER OF DEFAULT AND DEFAULT JUDGMENT

Exhibit "F"
To Complaint

JAMES STURDEVANT

ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 NORTH COMMERCIAL
BELLINGHAM, WASHINGTON 98225

TELEPHONE 671-2990
AREA CODE 360

November 12, 2007

Donna Smith
Eskanos & Adler P.C.
11124 NE Halsey, PMB 680
Portland, OR    97220

Re:  Credigy v. Chloe Hager

Dear Madam:

You sent me a Notice of Intent To Take Default Pursuant to CR
55(a)(3).  In the years that I have practiced law, I have
only seen such a document once and recently from a neophyte
collection attorney from Oregon who was practicing law up
here from an Oregon address.  If you have obtained a judgment
based on this document then you will have to vacate the
judgment for this is not the way an attorney obtains a
judgment, at least not in Washington State courts.  It upsets
me when out-of-state attorneys attempt to bring out-of-state
practices into Washington when they attempt to take a
judgment.  It is not my obligation to teach neophytes the
simplest Washington civil procedure rules.  The rules are
there for you to read and follow.

Please let me know.

                              Yours very truly,

                              James Sturdevant

cc:  Chloe Hager



Exhibit "G"

To Complaint

ESKANOS & ADLER
—————— Attorneys at Law

Oregon: Washington
11124 NE Halsey, PMB 680
Portland, OR 97220
Phone 800-364-9919
Fax 503-262-6830

**Received**

November 16, 2007

James Sturdevant
Bellingham Towers #310
119 North Commercial
Bellingham, WA 98225

●●●●●●●●●●●●●●●●●●●●

Re:    Credigy v. Chloe Hager

Dear Mr. Sturdevant:

First, let me thank you for your thought-provoking letter.

Second, let me explain the cause of the default.  We sent you a notice of intent to take default back in September, 2007.  If you had a problem with it, I would expect some kind of response from you regarding that problem.  Instead, you simply sat on the notice until judgment issued and the matter progressed.  In every other instance where I sent an attorney a Notice of Intent to Take Default under CR 55(a)(3), I received one of two things: 1) an ANSWER, or 2) a letter indicating that the attorney no longer represented the debtor.  While the rule, *which I read*, references a hearing,  Washington attorneys I spoke with confirmed that the way I handled it was a generally accepted and regularly used procedure in Washington.

You should accept some responsibility for this default judgment, unless, of course, you do not understand what a "Notice of Intent to Take Default Under CR 55(a)(3)" means. Every other Washington attorney understood the implication of the notice and responded accordingly.

Attorney Michael Connolly is reviewing this matter re: vacating the judgment.  If you would like to discuss this matter, please contact our office.  I expect future communications will be respectful and free of name-calling.

Sincerely,

**ESKANOS & ADLER, PC**

Donna J. Smith
Attorney for Plaintiff

I AM A DEBT COLLECTOR.  THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

# Exhibit "H"
## To Complaint

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 NORTH COMMERCIAL
BELLINGHAM, WASHINGTON 98225

TELEPHONE 671-2990
AREA CODE 360

CERTIFIED MAIL RETURN RECEIPT REQUESTED AND REGULAR MAIL

November 30, 2007

Donna Smith
Eskanos & Adler P.C.
11124 NE Halsey, PMB 680
Portland, OR  97220

Re:  Credigy v. Chloe Hager

Dear Madam:

Thank you for your note.  This is a demand letter.  Either
point out a Washington State court rule that allows you to
take a default judgment without setting a hearing when an
attorney or defendant has appeared or vacate any judgment you
have taken.  If you do not, I will report you to the
Washington State Bar Association.  The document you sent me
contained no notice of a hearing date.  As such it could not
be used to obtain a judgment.

The issue is not what other attorney's do.  The issue is what
the Washington State Court rules require.  And they require
that any motion for an order for which an attorney or party
has appeared requires notice of a hearing date to the other
side as outlined in the court rules with certain very limited
exceptions which do not apply in this case.  I am not
prepared to instruct you in the Washington State court rules.
It is your obligation as an attorney to learn and follow them.

I will also take other necessary steps to protect my client's
interest.

Thank you for your prompt attention to this matter.

071130LetSmith;
Hager; Page 2/2:

With best regards,

Yours very truly,

James Sturdevant

cc:  Chloe Hager