UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHLOE R. KNIGHT fka HAGER AND IVAN KNIGHT husband and wife and the martial community composed thereof,<br><br>               Plaintiffs,<br><br>v.<br><br>CREDIGY RECEIVABLES, INC. a Nevada Corporation, MANN BRACKEN, LLC, a Georgia Limited Liability Company, ESKANOS & ADLER, a California Professional Corporation, and DONNA SMITH<br><br>               Defendants. | No. C08-1277 BAT<br><br>**CREDIGY RECEIVABLES, INC STATEMENT REQUIRED BY FED.R.CIV.P 7.1** |

Pursuant to Fed.R.Civ.P. 7.1 Defendant CREDIGY RECEIVABLES, INC. state as follows:

    Credigy Receivables Inc. is a Nevada Corporation 80% owned by the National Bank of Canada which is a publicly traded corporation in Canada.

Dated: January 23, 2009

                                        //s John A. Long
                                        John A. Long, WSBA #15119
                                        Attorney for Defendant Credigy Receivables, Inc.

**Credigy Receivables Inc. Certificate of Service**

1

**THE LAW OFFICE OF JOHN A. LONG**
22525 SE 64th Place, Suite 262
ISSAQUAH, WASHINGTON 98027
TELEPHONE: (425) 427-9660
FACSIMILE: (888) 735-6513

I, hereby certify that on January 26, 2009, I electronically filed: STATEMENT REQUIRED BY FED.R.CIV.P 7.1 with the Clerk of the Court using the Cm/ECF systems which will send notification of such filing to Andrew Shafer and James Sturdevant, attorneys for the other parties that have appeared in these proceedings.

          //s John A. Long
John A. Long, WSBA #15119
Attorney for Defendant Credigy Receivables, Inc.

Credigy Receivables Inc. Certificate of Service

2

THE LAW OFFICE OF JOHN A. LONG
22525 SE 64th Place, Suite 262
ISSAQUAH, WASHINGTON 98027
TELEPHONE: (425) 427-9660
FACSIMILE: (888) 735-6513