JUDGE BRIAN TSUCHIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

CHLOE R. KNIGHT fka HAGER and )
IVAN KNIGHT husband and wife )
and the marital community com- ) Case Number: 2:08-cv-1277
posed thereof, )
                               )
        Plaintiffs,            ) MOTION TO COMPEL CREDIGY
                               ) DISCOVERY AND FOR ADDITION-
    v.                         ) AL TIME TO BRING MOTION TO
                               ) COMPELL ON ANY RESPONSE
CREDIGY RECEIVABLES, INC., a   )
Nevada Corporation, MANN       )
BRACKEN, LLC, a Georgia Limited)
Liability Company, ESKANOS &   ) Hearing Date:  June 5, 2009
ADLER, a California Profess-   )
ional Corporation, and DONNA   )
SMITH,                         ) Response Date: June 1,
                               )    2009
        Defendants.            )
_____)

COME NOW the plaintiffs, by and through their attorney,

James Sturdevant, and move this Honorable Court for an order

compelling the defendant, Credigy Receivables, Inc.,

(Credigy) to respond in full to the attached discovery

requests by the discovery cut off date, June 1, 2009, and for

additional time to bring a motion to compel based upon the

discovery responses.  The reasons are outlined in the

subjoined declaration.

        DATED this 18th day of May, 2009.

MOTION TO COMPEL CREDIGY DISCOVERY AND
FOR ADDITIONAL TIME TO BRING MOTION TO
COMPELL ON ANY RESPONSE - 1/3

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360)671-2990
E-MAIL: sturde@openaccess.org

James Sturdevant WSBA #8016
Attorney for Plaintiffs

DECLARATION

1.   I am the attorney for the plaintiffs.  I am an adult, am competent to testify on the matters outlined below and have personal knowledge of same.

2.   Attached Exhibit A is a true and correct copy of Plaintiff's First Discovery Requests To Defendant, Credigy Receivables, Inc, and cover letter dated March 2, 2009.  They were mailed to, John Long, the attorney for Credigy on March 2, 2009.  Credigy has not responded to them in any way, shape, manner or form.

3.   Attached Exhibit B is a true and correct copy of a letter sent I sent to Mr. Long on April 24, 2009.

4.   Attached Exhibit C are true and correct copies of e-mails between Mr. Long and I on April 27, 2009.

5.   Attached Exhibit D are true and correct copies of my two April 28, 2009 emails to Mr. Long.

6.   We had the discovery conference on April 28, 2009.  I sent Mr. Long new copies of the discovery requests.

7.   During later discussions with Mr. Long setting up mediation, he indicated that he would have the discovery responses to me on May 11, 2009.  They have yet to appear.

MOTION TO COMPEL CREDIGY DISCOVERY AND
FOR ADDITIONAL TIME TO BRING MOTION TO
COMPELL ON ANY RESPONSE - 2/3

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

8. I hereby certify and declare under penalty of perjury under the laws of the State of Washington that the above and foregoing is true and correct.

DATED at Bellingham, WA, this 18th day of May, 2009.

_____
James Sturdevant WSBA # 8016
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify and declare that a true and correct copies of the above MOTION TO COMPEL CREDIGY DISCOVERY AND FOR ADDITIONAL TIME TO BRING MOTION TO COMPELL ON ANY RESPONSE and PROPOSED ORDER were sent to John Long, attorney for Credigy Receivables, Inc., via the ECF e-mail system this 18th day of May, 2009.

DATED this 18th day of May, 2009.

_____
James Sturdevant #8016
Attorney for Plaintiffs

MOTION TO COMPEL CREDIGY DISCOVERY AND
FOR ADDITIONAL TIME TO BRING MOTION TO
COMPELL ON ANY RESPONSE - 3/3

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360)671-2990
E-MAIL: sturde@openaccess.org

**JAMES STURDEVANT**

ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 NORTH COMMERCIAL
BELLINGHAM, WASHINGTON 98225
—
TELEPHONE 671-2990
AREA CODE 360

March 2, 2009

John Long
22525 SE 64th Place, Suite 262
Issaquah, WA  98027

Re:  Knight, et ux. v. Credigy Receivables, Inc. et al.
U.S.D.C. Seattle Case No. C08-1277 BAT and discovery

Dear Sir:

Enclosed are my initial discovery requests to Credigy
Receivables, Inc., and a true & correct copy of my initial
discovery requests to Mann Bracken, LLC, et al.

It puzzles me that you list no documents other than those
which the Knights produced.  From my experience, it would
seem that your client would have documents about this debt
and lawsuit.

With best regards,

Yours very truly,

*James Sturdevant*

James Sturdevant

cc:  Ivan & Chloe Knight
Enclosures
JS:ah

Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

CHLOE R. KNIGHT fka HAGER and )
IVAN KNIGHT husband and wife )
and the marital community com- ) Case Number: 2:08-cv-1277
posed thereof, )
                     )
      Plaintiffs, ) PLAINTIFFS' FIRST DISCOVERY
                     ) REQUEST TO DEFENDANT,
      v. ) CREDIGY RECEIVABLES, INC.
                     )
CREDIGY RECEIVABLES, INC., et )
ux., )
                     )
      Defendants. )
_____ )

TO: DEFENDANT, CREDIGY RECEIVABLES, INC.;

AND TO ITS ATTORNEY: JOHN A. LONG;

    The plaintiffs, Chloe Knight and Ivan Knight, by and

through their attorney, James Sturdevant, pursuant to Fed. R.

Civ. P. 33, 34, & 36 serve defendant, Credigy Receivables,

Inc. (Credigy Rec.), with the following interrogatories, re-

quests for production and requests for admissions.

    <u>INSTRUCTIONS - FOR PURPOSES OF THESE DISCOVERY REQUESTS</u>

    1. Any references indicating the use of masculine or

feminine and any references indicating the use of singular or

plural, shall be used interchangeably.

    2. If any objection is made to any of the following

discovery requests, the Defendant shall make any such objec-

PLAINTIFFS' FIRST DISCOVERY REQUESTS
TO DEFENDANT CREDIGY RECEIVABLES, INC. - 1/22

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

tion and state the relevant legal basis for such objection. If any objection is made based upon a claim of privilege as to any response, Defendant shall state the legal basis for the privilege Defendant is invoking and provide a detailed privilege log to support the invocation of such privilege.

3.    Each and every discovery request herein is deemed continuing in nature pursuant to the Federal Rules of Civil Procedure, and Credigy Rec. is obligated seasonally to amend and provide any updated information that renders the responses to one or more of these discovery requests and serve those amended responses upon the undersigned Plaintiff's counsel.

4.    Plaintiff requests that the documents be made available for this inspection at the offices of counsel for Plaintiff at 119 N. Commercial St. #310, Bellingham, WA 98225, or at such office of Credigy, Rec. as may be the location of any of the documents requested, during normal business hours, with the least possible disruption to the ordinary course of Defendants' duties and responsibilities.

5.    Plaintiff further requests that this inspection be permitted by Defendants immediately after Defendants' response to this request has been filed, and that Plaintiff's attorneys be permitted to remove from Defendants' custody

PLAINTIFFS' FIRST DISCOVERY REQUESTS
TO DEFENDANT CREDIGY RECEIVABLES, INC. - 2/22

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

such documents as they may desire to copy, on the understanding that Plaintiff's attorneys will be responsible for such documents so long as they are in their possession, that copying will be done at Plaintiff's expense, and that the documents will be promptly returned after copying has been completed.

6. These interrogatories and discovery requests are intended to cover all documents in Defendants' possession, or subject to their custody and control, regardless of location. If there are no such documents, please so state. If there are such documents, please list and mark appended documents responsive to each request. (Federal Rules of Civil Procedure, Rule 34(b)).

7. Each interrogatory, admission and request for production propounded herein should be answered upon your entire knowledge from all sources and all information in your possession or otherwise available to you, including information from your officers, employees, agents, representatives or consultants and information which is known by each of them. An incomplete or evasive answer is deemed a failure to answer.

8. If any answer is qualified, state specifically the terms of each qualification and the reasons for it. If an in-

PLAINTIFFS' FIRST DISCOVERY REQUESTS
TO DEFENDANT CREDIGY RECEIVABLES, INC. - 3/22

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

terrogatory cannot be answered in full, state the part which can be answered and answer the same in full to the extent possible; state further and specifically the reason(s) why the remainder cannot be answered.

9.  If any interrogatory may be answered fully by a document, the document may be attached in lieu of an answer if the document is marked to refer to the Interrogatory to which it responds.

10. If you have an objection to a request, especially for "vagueness," "breadth," or "not reasonably calculated to lead to the discovery of admissible evidence," call us. We will try to limit the request or explain an ambiguity. The Rules require us to try to work out discovery problems.

11. If you do not understand a word or a sentence, please first consult Black's Law Dictionary, or, if not defined there, Webster's Collegiate Dictionary. If, after consulting Black's Law Dictionary or Webster's Collegiate Dictionary, you still do not understand a word or sentence, call us. We will be happy to define it for you.

DEFINITIONS - FOR PURPOSES OF THESE DISCOVERY REQUESTS

1.  "Hager" means plaintiff Chloe Knight fka Hager.

2.  "Credigy Rec." means Credigy Receivables, Inc., and

PLAINTIFFS' FIRST DISCOVERY REQUESTS
TO DEFENDANT CREDIGY RECEIVABLES, INC. - 4/22

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

its employees or agents, individually and collectively, as may be appropriate.

3. "Sturdevant" means the attorney of Chloe Knight aka Hager and Ivan Knight, James Sturdevant.

4. "Court" means Whatcom County Superior Court

5. "Courts" means any other Washington State Trial Court.

6. "Mann" means Mann, Bracken, LLC, Eskanos & Adler, and Donna Smith and their employees or agents, individually and collectively, as may be appropriate.

7. "Document" or "documents" means every writing or recorded material of every type and description, of any kind, that is in the possession, control or custody of Defendants, which Defendants have knowledge, whether originals, copies or facsimiles. Such writings or recordings include, but are not limited to, collection notes, electronic computer collection records, printouts of collection records, sample collection letters, Metro-data tapes, diskettes, computer hard drives, tape backups, Zip-type disks, magnetic media of any kind, correspondence, memoranda, stenographic notes, handwritten notes, contracts, documents, rough drafts, inter-office memoranda, memoranda for the files, letters, research materials, logs, di-

PLAINTIFFS' FIRST DISCOVERY REQUESTS
TO DEFENDANT CREDIGY RECEIVABLES, INC. - 5/22

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

aries, forms, bank statements, tax returns, card files, books

of account, journals, ledgers, invoices, diagrams, minutes,

manuals, studies, publications, pamphlets, pictures, films,

voice recordings, reports, surveys, minutes, statistical compi-

lations, data processing cards, computer records, tapes, print-

outs, agreements, communications, state and federal governmen-

tal hearings, reports, correspondence, telegrams, memoranda,

summaries or records of telephone conversations, summaries or

records of personal conversations or interviews, diaries,

graphs, notebooks, note charts, charts, plans, drawings,

sketches, maps, summaries or records of meetings or confer-

ences, summaries or reports of investigations or negotiations,

opinions or reports of consultants, photographs, video tape,

motion picture film, digital photographs, brochures, advertise-

ments, circular, press releases, drafts, any marginal comments

appearing on any document, all other writings, books of all na-

ture and kind whether handwritten, typed, printed,

mimeographed, photocopied or otherwise reproduced, all tape

recordings (whether for computer, audio, or visual replay) and

all other written, printed, and recorded matter or tangible

things upon which words, phrases, websites, listservs, emails,

symbols or information of any kind are recorded, encrypted or

PLAINTIFFS' FIRST DISCOVERY REQUESTS
TO DEFENDANT CREDIGY RECEIVABLES, INC. - 6/22

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

otherwise stored.

8.  "Identify" as applied to "document" is a request to state the following, as applicable:

a.  The date of the document;
b.  The type of document;
c.  The names and present addresses of the person or persons who prepared the document and of the signers and addressers of the document;
d.  The name of the employer or principal whom the signers, addressers and preparers were representing;
e.  The present location of the document;
f.  The name and current business and home addresses of the present custodian of the original document, and any copies of it;
g.  A summary of the contents of the document; and
h.  If the original document was destroyed, the date and reason for or circumstances under which it was destroyed;

9.  "Statement" means (a) a written statement signed or otherwise adopted or approved by the person making it, or (b) stenographic, mechanical, electrical, or other recording, or a transcription thereof, which is substantially verbatim recital of an oral statement by the person making it and contemporaneously recorded.

10.  "Procedure" means the procedure defendants used in obtaining the default judgment in the Whatcom County Superior Court lawsuit or a procedure that is substantially the same as outlined in Exhibits "A," "B," "C," "D," & "E" attached to the complaint as follows:

a) service of the summons and complaint before filing;

PLAINTIFFS' FIRST DISCOVERY REQUESTS
TO DEFENDANT CREDIGY RECEIVABLES, INC. - 7/22

JAMES STURDEVANT
ATTORNEY AT LAW

BELLINGHAM TOWERS #310
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

b) sending the "Notice Of Intent To Take Default Pursuant To CR 55(a)(3);"

    c.  filing the summons and complaint, the Motion and Declaration For Order of Default and Default Judgment, Declaration of Plaintiff In Support Of Default Judgment, and taking the Order of Default and Default Judgment as outlined in Exhibits "A, "B," "C," "D," & "E" attached to the complaint herein.

    11.  "Identify" when used in reference to the "Procedure" described above requires you to state the plaintiff, defendant, attorney, court and docket number of the Courts and Other Courts in which Credigy Rec., Credigy and Mann use the Procedure.

    12.  For the purpose of these requests, "describe in full detail" means to describe every fact, circumstance, act, omission, or course of conduct know to plaintiffs relating to the event inquired about, including but not limited to the date of the events, places of the events, identities of person witnessing the events, identify of person with knowledge of the events, location of documents (such as letters, reports and e-mail) referring to or memorializing the events, and location of visual depictions (such as charts, drawings,

PLAINTIFFS' FIRST DISCOVERY REQUESTS
TO DEFENDANT CREDIGY RECEIVABLES, INC. - 8/22

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

or photographs) referring to or memorializing the events. It shall further mean to describe the events inquired about to the fullest extent possible, regardless of whether the facts and circumstances of the even support or refute defendants claims and contentions in this lawsuit.

13. For purpose of these requests, "Credigy" means all companies with "Credigy" in their names and their employees or agents, individually and collectively, as may be appropriate.

14. For purpose of these requests, "Suit" means the case of Credigy Receivables, Inc. v. Chloe E. Hager, Whatcom County Superior Court Case No. 07-2-02108-2.

15. "Lawsuits" means any legal action brought by Credigy, Rec., Credigy, and Mann in the name of any Court in Washington State, whether filed or unfiled.

16. "Mann" means Mann, Bracken, LLC, Eskanos and Adler, P.S. and Donna Smith.

17. "Debtor" means any person that any of the defendants is attempting to collect money from in their course of business in Washington State.

18. "Identify" when used in referring to a person or a legal entity means the following:

PLAINTIFFS' FIRST DISCOVERY REQUESTS
TO DEFENDANT CREDIGY RECEIVABLES, INC. - 9/22

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

a. First, last, and middle legal name;
b. All DBA, fake, or alias name(s) used by this person;
c. Job title or capacity;
d. Business address and telephone number;
e. **Home** address and telephone number;
f. Age;

19. "Person" means any natural person or legal entity of any kind.

20. "Exhibits" means the Exhibits attached to the complaint herein.

21. "Communications" means all contacts and attempted contacts with persons and debtors whether written, oral, by telephone or in person and shall include the service of any legal papers.

22. "Obligation" means the payment of money.

DATED this ___ day of March, 2009.

_____
James Sturdevant WSBA #8016
Attorney for Plaintiffs

<u>INTERROGATORIES</u>

INTERROGATORY NO. 1: Identify each individual person, officer, employee, agent, or other entity answering or providing any information used to answer any Interrogatory.

ANSWER:

INTERROGATORY NO. 2: Identify each document referred to

PLAINTIFFS' FIRST DISCOVERY REQUESTS
TO DEFENDANT CREDIGY RECEIVABLES, INC. - 10/22

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

or consulted by Defendants in the preparation of the Answers to these Interrogatories and discovery requests made within this entire document.

ANSWER:


INTERROGATORY NO. 3:  Identify all persons known to Defendants to have personal knowledge of any facts or issues involved in this lawsuit.

ANSWER:


INTERROGATORY NO. 4:  Identify and describe in full detail all training that Defendants provide or receive, in the area of debt collection activities related to the collection of any accounts, including but not limited to:

  a.   The training content, timing, and duration;
  b.   All documents and audio or visual materials used in such training; and
  c.   Each person involved in providing such training.

ANSWER:


INTERROGATORY NO. 5:  Identify and describe in full detail all manuals, instructions, restrictions or other documentation or instructions Defendants use regarding how to, and how not to, collect debts from persons.

ANSWER:


INTERROGATORY NO. 6:  Identify and describe in full detail Defendant's disciplinary policy for violating state and federal debt collection laws, and for violating other state or federal laws in the course of collecting debts of any kind.

ANSWER:


INTERROGATORY NO. 7:  Identify and describe in full detail

PLAINTIFFS' FIRST DISCOVERY REQUESTS
TO DEFENDANT CREDIGY RECEIVABLES, INC. - 11/22

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

any documents that describe, record, or establish each of the Defendants' methods and techniques used to collect on debt collection accounts.

ANSWER:


INTERROGATORY NO. 8: Identify and describe in full detail any computer, manual, or other system(s) Defendant maintains or operates to record any and all mail, telephone, in-person, or other forms of communications, or attempted communications, with persons or other third parties in connection with the collection of accounts, and Defendants' policies and procedures for operating such a system of records.

ANSWER:



INTERROGATORY NO. 9: Describe in full detail each and every fact upon which you deny any admission.
ANSWER:



INTERROGATORY NO. 10: Identify any case in Courts in which Credigy Rec. or Credigy or Mann has used the Procedure.

ANSWER:


INTERROGATORY NO. 11: Identify Jennifer Durden, Brett Samsky, and Steve Stewart.

ANSWER:


INTERROGATORY No. 12: Identify all telephone nos. and e-mails Credigy, Rec. uses and identify each telephone and e-mail company.

ANSWER:



PLAINTIFFS' FIRST DISCOVERY REQUESTS
TO DEFENDANT CREDIGY RECEIVABLES, INC. - 12/22

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

INTERROGATORY NO. 13:  Identify your Washington State Department of Revenue, Washington State Department of Licensing and Washington State Secretary of State Corporation Division registrations.

ANSWER:


INTERROGATORY NO. 14:  Identify all communications with debtors in Washington State during 2005, 2006, 2007, 2008 & 2009 on behalf of Credigy and Credigy Rec.

ANSWER:


INTERROGATORY NO. 15:  Identify all written communications to and from debtors in Washington State during 2005, 2006, 2007, 2008 & 2009 on behalf of Credigy and Credigy Rec.

ANSWER:



INTERROGATORY NO. 16:  Please identify all entities with "Credigy" in their names.

ANSWER:


INTERROGATORY NO. 17:  Please identify the relationship between and among all such Credigy entities including the sharing of any officers, boards of directors, stock ownership, and employees or agents, individually and collectively, as may be appropriate.

ANSWER:


INTERROGATORY NO. 18:  If the Credigy entities are related, please describe in full detail the function and purpose of each entity.

PLAINTIFFS' FIRST DISCOVERY REQUESTS
TO DEFENDANT CREDIGY RECEIVABLES, INC. - 13/22

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

ANSWER:

INTERROGATORY NO. 19: Describe in full detail plain-
tiffs' negligence.

ANSWER:

INTERROGATORY NO. 20: Describe in full detail how
plaintiffs' negligence was the proximate cause of their dam-
ages.

ANSWER:

INTERROGATORY NO. 21: Describe in full detail plain-
tiffs' laches.

ANSWER:

INTERROGATORY NO. 22: Describe in full detail plain-
tiffs' estoppel.

ANSWER:

INTERROGATORY NO. 23: Describe in full detail plain-
tiffs' waiver.

ANSWER:

INTERROGATORY NO. 24: Describe in full detail plain-
tiffs' unclean hands.

ANSWER:

## REQUESTS FOR ADMISSIONS

PLAINTIFFS' FIRST DISCOVERY REQUESTS
TO DEFENDANT CREDIGY RECEIVABLES, INC. - 14/22

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

REQUEST FOR ADMISSION NO. 1: Credigy Rec. admits that it was attempting to collect a contract for the payment of money in the Suit.
RESPONSE:

REQUEST FOR ADMISSION NO. 2: Credigy Rec. admits that the obligation for the payment of money it is collecting or attempting to collect arose out of a contract between Hager and Discover Card.
RESPONSE:

REQUEST FOR ADMISSION NO. 3: Credigy Rec. admits that its collecting or attempting to collect the obligation for the payment of money that arose out of a contract between Discover Card and Hager and is based on an assignment.
RESPONSE:

REQUEST FOR ADMISSION NO. 4: Credigy Rec. admits that it has been and is engaged in activities in Washington State with the object of gain, benefit or advantage to it during 2005, 2006, 2007, 2008, & 2009.
RESPONSE:

REQUEST FOR ADMISSION NO. 5: Credigy Rec. admits that it has commenced, conducted and is continuing to engage in activities in Washington State with the object of gain, bene-fit or advantage to it during 2005, 2006, 2007, 2008, & 2009.
RESPONSE:

REQUEST FOR ADMISSION NO. 6: Credigy Rec. admits it is a "debt collector" as defined in 15 U.S.C. § 1692(a)(6).

RESPONSE:

REQUEST FOR ADMISSION NO. 7: Credigy Rec. admits Mann

PLAINTIFFS' FIRST DISCOVERY REQUESTS
TO DEFENDANT CREDIGY RECEIVABLES, INC. - 15/22

JAMES STURDEVANT
ATTORNEY AT LAW

BELLINGHAM TOWERS #310
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

Bracken, LLC, is a "debt collector" as defined in 15 U.S.C. § 1692(a)(6).

RESPONSE:


REQUEST FOR ADMISSION NO. 8: Credigy Rec. admits Eskanos and Adler is a "debt collector" as defined in 15 U.S.C. § 1692(a)(6).

RESPONSE:


REQUEST FOR ADMISSION NO. 9: Credigy Rec. admits Donna Smith is a "debt collector" as defined in 15 U.S.C. § 1692(a)(6).

RESPONSE:


REQUEST FOR ADMISSION NO. 10: Credigy Rec. admits that Mann represented it in the Suit.

RESPONSE:


REQUEST FOR ADMISSION NO. 11: Credigy Rec. admits that Mann represent it in Lawsuits in Courts.

RESPONSE:


REQUEST FOR ADMISSION NO. 12: Credigy Rec. admits it had Mann serve the summons and complaint (Exhibit "A") in the Suit on Hager.

RESPONSE:


REQUEST FOR ADMISSION NO. 13: Credigy Rec. admits that the summons and complaint (Exhibit "A") were not filed before the were served.


PLAINTIFFS' FIRST DISCOVERY REQUESTS
TO DEFENDANT CREDIGY RECEIVABLES, INC. - 16/22

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360)671-2990
E-MAIL: sturde@openaccess.org

RESPONSE:


REQUEST FOR ADMISSION NO. 14: Credigy Rec. admits that the complaint did not contain any assignment of the Discover Card debt.

RESPONSE:


REQUEST FOR ADMISSION NO. 15: Credigy Rec. admits Mann sent Exhibit "B" to Sturdevant on its behalf.

RESPONSE:


REQUEST FOR ADMISSION NO. 16: Credigy Rec. admits that plaintiff did not respond to Exhibit "B."

RESPONSE:


REQUEST FOR ADMISSION NO. 17: Credigy Rec. admits that Sturdevant noted an appearance with Mann on behalf of Hager.

RESPONSE:


REQUEST FOR ADMISSION NO. 18: Credigy Rec. admits that Mann filed Exhibits "A," "C," "D," & "E" with the Court on or about September 11, 2007, under Case No. 07-2-02108-2.

RESPONSE:


REQUEST FOR ADMISSION NO. 19: Credigy Rec. admits that Mann did not send notice of its filing the Exhibits above with the Court to Sturdevant.

RESPONSE:


REQUEST FOR ADMISSION NO. 20: Credigy Rec. admits that

PLAINTIFFS' FIRST DISCOVERY REQUESTS
TO DEFENDANT CREDIGY RECEIVABLES, INC. - 17/22

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360)671-2990
E-MAIL: sturde@openaccess.org

Mann did not inform the Court that Sturdevant had noted an appearance on behalf of Hager.

RESPONSE:


REQUEST FOR ADMISSION NO. 21: Credigy Rec. admits that Mann received Exhibit "F" attached.

RESPONSE:


REQUEST FOR ADMISSION NO. 22: Credigy Rec. admits that Mann responded with Exhibit "G."

RESPONSE:


REQUEST FOR ADMISSION NO. 23: Credigy Rec. admits that Mann received Exhibit "H."

RESPONSE:


REQUEST FOR ADMISSION NO. 24: Credigy Rec. admits that Mann refused to vacate the default judgment in response to Exhibits "F" & "G."

RESPONSE:


REQUEST FOR ADMISSION NO. 25: Credigy Rec. admits that Hager brought and obtained a motion for show cause order to vacate the default judgment.

RESPONSE:


REQUEST FOR ADMISSION NO. 26: Credigy Rec. admits that Mann agreed to vacate the default judgment after it was served with the show cause order.

RESPONSE:

PLAINTIFFS' FIRST DISCOVERY REQUESTS
TO DEFENDANT CREDIGY RECEIVABLES, INC. - 18/22

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

REQUEST FOR ADMISSION NO. 27: Credigy Rec. admits that Mann then vacated the default judgment on or about April 29, 2008.

RESPONSE:

REQUEST FOR ADMISSION NO. 28: Credigy Rec. admits that Donna Smith represented it in the Suit.

RESPONSE:

REQUEST FOR ADMISSION NO. 29: Credigy Rec. admits that Eskanos & Adler, P.C., represented it in the Suit.

RESPONSE:

REQUEST FOR ADMISSION NO. 30: Credigy Rec. admits that Mann Bracken, LLC, represented it in the Suit.

RESPONSE:

REQUEST FOR ADMISSION NO. 31: Credigy Rec. admits that the debt it was trying to collect in the Suit was a "debt" as defined in 15 U.S.C. § 1692a(5).

RESPONSE:

REQUEST FOR ADMISSION NO. 32: Credigy Rec. admits that the plaintiffs herein are "consumers" as defined in 15 U.S.C. § 1692a(3).

RESPONSE:

## REQUESTS FOR PRODUCTION

REQUEST FOR PRODUCTION NO. 1: Please produce all non-

PLAINTIFFS' FIRST DISCOVERY REQUESTS
TO DEFENDANT CREDIGY RECEIVABLES, INC. - 19/22

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360)671-2990
E-MAIL: sturde@openaccess.org

privileged documents of Credigy Rec. and Mann about filing Lawsuits in Courts.

RESPONSE:


    REQUEST FOR PRODUCTION NO. 2: Please produce copies of all written communications to and from debtors.

RESPONSE:


    REQUEST FOR PRODUCTION NO. 3: Please produce all non-privileged documents about Lawsuits in Courts in which Mann used the Procedure.

RESPONSE:



    REQUEST FOR PRODUCTION NO. 4: Please produce all documents, including contracts, minutes of shareholder and/or boards of directors meetings about the relationship among any of the Credigy companies.

RESPONSE:


    REQUEST FOR PRODUCTION NO. 5: Produce all documents used in answering the interrogatories in this discovery request.

RESPONSE:


    REQUEST FOR PRODUCTION NO. 6: Please produce all documents for the Washington State Department of Licensing, Department of Revenue and Secretary of State Corporation Division for Credigy Rec.

RESPONSE:



PLAINTIFFS' FIRST DISCOVERY REQUESTS
TO DEFENDANT CREDIGY RECEIVABLES, INC. - 20/22

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360)671-2990
E-MAIL: sturde@openaccess.org

REQUEST FOR PRODUCTION NO. 7: Please produce all documents about this the Suit and the debt you were attempting to collect through it.

RESPONSE:


REQUEST FOR PRODUCTION NO. 8: If you have any documents which use abbreviations, please supply a copy of the documents in which all abbreviations are "unabbreviated" and written out in full and a copy of a glossary or the like for any abbreviations.

RESPONSE:



DATED this ___ day of March, 2009.


                              _____
                              John A. Long WSBA No. 15119
                              Attorney for Defendant Credigy
                              Receivables, Inc.

STATE OF _____ )
                                  )  ss:
COUNTY OF_____ )


_____ , being first duly sworn on oath according to declares and deposes that I am the _____, of Credigy Receivables, Inc. have read the answers to interrogatories, requests for admissions and requests for production of documents have personal knowledge of them and know the answers and responses to be true and correct to the best of my knowledge, information and belief.

                              _____


                              _____


PLAINTIFFS' FIRST DISCOVERY REQUESTS
TO DEFENDANT CREDIGY RECEIVABLES, INC. - 21/22

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

SUBSCRIBED AND SWORN TO before me this ___ day of March, 2009.

_____
Notary Public in and for the
State of _____
residing at _____.
My Commission expires _____.

**Certificate**

I certify that I mailed a
copy of the foregoing Plaintiffs First
Discovery Requests
to J. Long & A. Shafer, Defendants'
attorneys at Their offices
postage prepaid,
on 3/2/2009 _____
attorney for Plaintiff

PLAINTIFFS' FIRST DISCOVERY REQUESTS
TO DEFENDANT CREDIGY RECEIVABLES, INC. - 22/22

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360)671-2990
E-MAIL: sturde@openaccess.org

**JAMES STURDEVANT**
ATTORNEY AT LAW
BELLINGHAM TOWERS #310
119 NORTH COMMERCIAL
BELLINGHAM, WASHINGTON 98225

TELEPHONE 671-2990
AREA CODE 360

April 24, 2009

John A Long
22525 SE 64th Place, Suite 262
Issaquah, WA  98027-5387

Re:  Knight, et ux. v. Credigy Receivables, Inc.

Dear Sir:

On March 2, 2009, I mailed you discovery requests.  Far more
than 30 days have expired and I have heard nothing from you
about the discovery request.

I thus am setting a discovery conference under Fed. R. Civ.
P. 37(b)(D) with you on Tuesday, April 28, 2009, at 11:00
o'clock A.M.  If you need to reschedule, please let me know.

With best regards,

Yours very truly,

James Sturdevant

cc:  Chloe Hager
Enclosure
JS:ah

Exhibit "B"

|  |  |
|---|---|
| **Subject:** | RE: Knight v. Credigy |
| **From:** | "John Long" <john@johnlonglaw.com> |
| **Date:** | Mon, April 27, 2009 4:14 pm |
| **To:** | sturde@openaccess.org |
| **Priority:** | Normal |
| **Options:** | View Full Header | View Printable Version | Download this as a file | View Message details |

Can you email the discovery in a word format and I can get it out asap?

-----Original Message-----
From: sturde@openaccess.org [mailto:sturde@openaccess.org]
Sent: Monday, April 27, 2009 3:17 PM
To: John Long
Subject: RE: Knight v. Credigy

I have suggested Mac Archibald. As to the discovery, I sent it to your
address on or about March 3, 2009. There are admissions in it. And the
discovery motion deadline is May 18, 2009.


> Hi Mr. Sturdevant,
>
> I am happy to work with you on mediation. As to discovery, I am not
> familiar with what you are talking about. I have relocated my offices
> (same
> address but from virtual office to actual space and assume something may
> have been lost in the process. I will contact you to work out whatever
> you
> need later today or we can handle the problem at 11:00 tomorrow.
>
> John Long
>
>
>
> -----Original Message-----
> From: sturde@openaccess.org [mailto:sturde@openaccess.org]
> Sent: Monday, April 27, 2009 1:04 PM
> To: john@johnlonglaw.com
> Subject: Re: Knight v. Credigy
>
> Dear Mr. Long.
>
> Mr. Shafer and I are attempting to set up a mediation. You represent
> Credigy. I sent Credigy discovery about seven weeks ago and you have not
> responded. So I am going to move for summary judgment against Credigy.
> We need your input on the mediation. And I have set a discovery
> conference for tomorrow at 11:00 A.M.

Exhibit "C"

```
>
> With best regards,
>
> James Sturdevant
>
>
>
```

Take Address

Current Folder: **Knight**             **Sign Out**

Compose   Addresses   Folders   Options   Search   Help        OpenAccess.org

Message List | Delete       Previous | Next      Forward | Forward as Attachment | Reply | Reply All

| | |
|---|---|
| **Subject:** | Re: Knight v. Credigy |
| **From:** | sturde@openaccess.org |
| **Date:** | Tue, April 28, 2009 9:22 am |
| **To:** | john@johnlonglaw.com |
| **Priority:** | Normal |
| **Options:** | View Full Header | View Printable Version | Download this as a file | View Message details |

Attached are our first discovery requests to Credigy.

With best regards,

James Sturdevant


**Attachments:**

OurDiscoveryToCredigy.doc      **160 k**     [ application/octet-stream ]      Download

[ Take Address ]

Exhibit "D"

Current Folder: **Knight**

Compose   Addresses   Folders   Options   Search   Help

**Sign Out**

OpenAccess.org

Message List | Delete          Previous | Next          Forward | Forward as Attachment | Reply | Reply All

|  |  |
|---|---|
| **Subject:** | Re: Knight v. Credigy |
| **From:** | sturde@openaccess.org |
| **Date:** | Tue, April 28, 2009 9:30 am |
| **To:** | john@johnlonglaw.com |
| **Priority:** | Normal |
| **Options:** | View Full Header | View Printable Version | Download this as a file | View Message details |

```
The prior one was incorrect.  This is the correct one.  It is 22 instead
of 16 pages long.


With best regards,

James Sturdevant
```

**Attachments:**

OurDiscoveryToCredigy.doc          **180 k**     [ application/octet-stream ]          Download

Take Address